# Exhibit 2

Charted Claims:

Method Claim: 13

| US7831475B2 | EzCater website ("Accused Instrumentality") |
|---|---|
| 13. A method of ordering comprising: a first customer opening a first menu apparatus having at least one menu display, an input device, a feedback mechanism, and a payment device; | The accused instrumentality practices a method of ordering (e.g., group ordering) comprising: a first customer (e.g., first user using the first computer enabled with the accused instrumentality) opening a first menu apparatus (e.g., first computer enabled with the accused instrumentality's menu) having at least one menu display (e.g., menu displayed on the screen of the computer enabled with the accused instrumentality), an input device (e.g., keyboard input of the computer enabled with the accused instrumentality), a feedback mechanism (e.g., back to menu, proceed to checkout, etc, options), and a payment device (e.g., first computer enabled with the accused instrumentality used as a payment device).<br><br>As shown below, the accused instrumentality i.e., ezCater website practices providing a method of ordering (e.g., group ordering) by the first customer using a first computer device enabled with the accused instrumentality. The computer device enabled with the accused instrumentality comprises its menu page displayed on the screen of the device. The first user can select an item from the menu page using the keyboard input of the computer device & the feedback mechanism and can pay using any payment method where the computer enabled with the accused instrumentality that also acts as a payment device. |



https://www.ezcater.com/company/lp/ezcater-home/



https://play.google.com/store/apps/details?id=com.ezcater.ezcaterapp



First menu apparatus

https://www.ezcater.com/lunchrush/office/group-ordering-on-ezcater/



First menu apparatus

https://www.spotsaas.com/blog/ezcater/



https://www.spotsaas.com/blog/ezcater/



https://www.ezcater.com/company/catering-growth-platform/catering-management-solutions/



https://www.ezcater.com/lunchrush/office/how-to-order-catering-with-ezcater/

| | |
|---|---|
| | • **Payment Processing:** ezCater handles payment processing for catering orders, making it easy for customers to pay online using various payment methods. The platform securely stores payment information for future orders, streamlining the checkout process. Caterers receive payments directly from ezCater, minus a processing fee.<br><br>https://canvasbusinessmodel.com/blogs/how-it-works/ezcater-how-it-works?srsltid=AfmBOopjGw3qsdsNwRuicbRCnuITPuZ4qFBqY0Xhv3HkEQS-iiEZWlq3 |
| the first customer viewing a desired page of the first menu apparatus; | The accused instrumentality practices the first customer (e.g., first user using the first computer enabled with the accused instrumentality) viewing a desired page (e.g., menu page of the accused instrumentality) of the first menu apparatus (e.g., first computer enabled with the accused instrumentality's menu). |



https://www.spotsaas.com/blog/ezcater/



First menu apparatus

https://www.spotsaas.com/blog/ezcater/

| the first customer selecting an item from the first menu apparatus using the input device; | The accused instrumentality practices the first customer (e.g., first user using the first computer enabled with the accused instrumentality) selecting an item from the first menu apparatus (e.g., first computer enabled with the accused instrumentality's menu) using the input device (e.g., keyboard of the computer enabled with the accused instrumentality). |



https://www.ezcater.com/lunchrush/office/group-ordering-on-ezcater/



https://www.ezcater.com/company/catering-growth-platform/catering-management-solutions/

| | |
|---|---|
| the first customer confirming a menu item was selected by referencing the feedback mechanism; | The accused instrumentality practices the first customer (e.g., first user using the first computer enabled with the accused instrumentality) confirming a menu item was selected by referencing the feedback mechanism (e.g., back to menu, proceed to checkout, etc, options). |

## Step 10. Review the group order

As the catering admin, you'll be able to see all the selected items grouped by the name of the person who selected them. This allows you to review the order and make sure everything looks good before giving it the final okay.



https://www.ezcater.com/lunchrush/office/group-ordering-on-ezcater/



https://www.ezcater.com/lunchrush/office/group-ordering-on-ezcater/



https://www.ezcater.com/lunchrush/office/how-to-order-catering-with-ezcater/

| the first customer sending the selected items to a remote location for processing; and | The accused instrumentality practices the first customer (e.g., first user using the first computer enabled with the accused instrumentality) sending the selected items to a remote location (e.g., the accused instrumentality's kitchen/outlet, etc,) for processing. |



https://www.ezcater.com/lunchrush/office/group-ordering-on-ezcater/

| the first customer sending information from the first menu apparatus to a second customer operating a second menu apparatus. | The accused instrumentality practices the first customer (e.g., first user using the first computer enabled with the accused instrumentality) sending information (e.g., sharing of group order information link via a text or an email) from the first menu apparatus (e.g., first computer enabled with the accused instrumentality's menu) to a second customer (e.g., second user using a second computer enabled with the accused instrumentality) operating a second menu apparatus (e.g., second computer enabled with the accused instrumentality's menu). |
|---|---|
| | As shown below, the accused instrumentality i.e., ezCater website practices providing the first user (e.g., first user using the first computer enabled with the accused instrumentality) with |

the ability to share the group order information from its own computer device to all the participants via a link to add their menu selections to the Group order using their own computer devices.

## What is ezCater's Group Food Ordering feature?

ezCater's Group Ordering lets every group member choose their meal, so you don't have to second-guess if you ordered the right thing. Here's how it works: you choose the restaurant, set a per-person budget, and share the menu link with your group. Then, they enter their name and email, check out what's available, and choose what they're in the mood to eat.

https://www.ezcater.com/lunchrush/office/group-ordering-on-ezcater/

## Step 5. Click the "start a group order" link

Once you've selected the perfect caterer, click the "Start a group order" link at the top of the menu page to begin the ordering process.



https://www.ezcater.com/lunchrush/office/group-ordering-on-ezcater/

## Step 7. Share the order with the group

After you've provided the necessary information, you'll receive a link to share with your event attendees. Send this link out to your group — text, email, or messaging app — so they can start placing their orders.

https://www.ezcater.com/lunchrush/office/group-ordering-on-ezcater/



https://www.ezcater.com/lunchrush/office/group-ordering-on-ezcater/

### Step 8. Attendees start their orders

When attendees click on the link, they'll be directed to ezCater.com. They'll need to enter their name and work email address. Once signed in, they'll see the specified menu page and their spending limit and can choose their preferred meal.

https://www.ezcater.com/lunchrush/office/group-ordering-on-ezcater/



**Second menu apparatus**

https://www.ezcater.com/lunchrush/office/group-ordering-on-ezcater/